UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BRAD SCOTT BREE,

   Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00189

**ORDER**

  Defendant appeared before me on October 6, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, electing not to contest detention at this time.  Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections.  Defendant may raise the issue of his continuing detention, should the circumstances relating to his state matter change. I find that his waiver was knowingly and voluntarily entered.

  Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

  DONE AND ORDERED this 6th day of October, 2016.

            /s/ Phillip J. Green
            PHILLIP J. GREEN
            United States Magistrate Judge